**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re ) Case No. **16–30474–pcm13**
**Rita K W Luethenhaus** )
*Other names used by debtor:* Rita Katherine ) **NOTICE Re: SERVICE OF OBJECTION TO PROOF OF**
Luetkenhaus, Rita Wanner Luethenhaus, (See ) **CLAIM**
docket for additional names.) )
Debtor(s)

Please be aware of the following regarding LBF 763, Objection to Claim, and Order and Notice Thereon:

A.  Mailed service on the claimant only at the address in the proof of claim might not be sufficient service under FRBP 7004. See In re Monk, Adversary No. 10–6067–fra (Bankr.Or. August 9, 2013).

B.  The objecting party must determine the proper service address and method and must make sure the objection has been properly served or noticed.

C.  The Court is no longer verifying or limiting the name and address listed in the claim objection to the exact version of the name and address listed in the claim.

D.  If appropriate, the address as listed in the proof of claim can be modified in the claim objection to comply with FRBP 7004 address service requirements.

E.  The form is not limited to only one address for the claimant.

F.  The Court will not send certified mail. If certified mail is required for effective service, the objecting party must send the signed order by certified mail and file a separate certificate of service within 14 days of the "FILED" date of the signed order.

Dated: 7/28/16                                                                                                                         Clerk, U.S. Bankruptcy Court