```
                        United States Bankruptcy Court
                             District of Oregon
In re:                                                     Case No. 16-30474-pcm
Rita K W Luetkenhaus                                       Chapter 13
        Debtor               CERTIFICATE OF NOTICE
```

District/off: 0979-3     User: Admin.     Page 1 of 1     Date Rcvd: Aug 01, 2016
                            Form ID: SROC     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.
db           +Rita K W Luetkenhaus,    PO Box 1262,    Hillsboro, OR 97123-1262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:
NONE.                                                                                                                             TOTAL: 0

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re ) Case No. **16–30474–pcm13**
**Rita K W Luetkenhaus** )
*Other names used by debtor:* Rita K. Smith, Rita ) **NOTICE Re: SERVICE OF OBJECTION TO PROOF OF**
Wanner Luethenhaus, (See docket for additional ) **CLAIM**
names.) )
Debtor(s) )

Please be aware of the following regarding LBF 763, Objection to Claim, and Order and Notice Thereon:

A.   Mailed service on the claimant only at the address in the proof of claim might not be sufficient service under FRBP 7004. See In re Monk, Adversary No. 10–6067–fra (Bankr.Or. August 9, 2013).

B.   The objecting party must determine the proper service address and method and must make sure the objection has been properly served or noticed.

C.   The Court is no longer verifying or limiting the name and address listed in the claim objection to the exact version of the name and address listed in the claim.

D.   If appropriate, the address as listed in the proof of claim can be modified in the claim objection to comply with FRBP 7004 address service requirements.

E.   The form is not limited to only one address for the claimant.

F.   The Court will not send certified mail. If certified mail is required for effective service, the objecting party must send the signed order by certified mail and file a separate certificate of service within 14 days of the "FILED" date of the signed order.

Dated: 8/1/16                                                                                                    Clerk, U.S. Bankruptcy Court